CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUN 30 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| ELLIOTT MOODY, | |
| Plaintiff, | Case No. 2:10CV00036 |
| v. | **JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, | By: James P. Jones<br>United States District Judge |
| Defendant. | |

It appearing that no objections have been timely filed to the Report filed April 6, 2011, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4. The clerk will close this case.

ENTER: June 30, 2011

/s/
United States District Judge